JAMES B. RATHBONE, as Trustee in Bankruptcy of the ELMIRA STEEL COMPANY, Respondent, *v.* F. WAYLAND AYER, Appellant, Impleaded with Others.

*Rathbone* v. *Ayer*, 121 App. Div. 355, reversed.
(Argued June 9, 1909; decided October 5, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 18, 1907, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover moneys alleged to have been wrongfully withdrawn from the assets of the Elmira Steel Company by defendant, a director thereof.

*David B. Hill, O. U. Kellogg* and *H. H. Rockwell* for appellant.

*Frederick Collin* and *Edward G. Herendeen* for respondent.

Order of Appellate Division reversed and judgment of Trial Term affirmed, with costs in both courts, on dissenting opinion of KELLOGG, J., below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and WILLARD BARTLETT, JJ. Not sitting: CHASE, J.